CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 19 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MAY 2016 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 7:16-cr-27 |
| ) | |
| v ) | |
| ) | **SEALED INDICTMENT** |
| ROBERT TYRONE IRVING ) | |
| ) | **In Violation of:** |
| ) | |
| ) | Title 21, U.S.C., §841(a)(1) |
| ) | Title 18, U.S.C., §924(c) |
| | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 17, 2016, in the Western Judicial District of Virginia, the defendant, ROBERT TYRONE IRVING, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture or substance containing heroin, a Schedule I controlled substance.

2. In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

The Grand Jury charges:

1. That on or about January 17, 2016, in the Western Judicial District of Virginia, the defendant, ROBERT TYRONE IRVING, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count One of this Indictment.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury charges:

1. That on or about January 17, 2016, in the Western Judicial District of Virginia, the defendant, ROBERT TYRONE IRVING, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce.

2. In violation of Title 18, United States Code Sections 922(g)(1) and 924(e).

A TRUE BILL this __19__ day of May, 2016.

_s/Grand Jury Foreperson_
FOREPERSON

_[signature]_
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

Case 7:16-cr-00027-GEC   Document 3   Filed 05/19/16   Page 2 of 2   Pageid#: 4